# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR09-158 RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER REVOKING BOND AND DETENTION ORDER |
| HARDEEP SINGH, | |
| Defendant. | |

<u>Offenses charged</u>:

    Failure to Appear for Trial

<u>Bond Revocation</u>: January 3, 2014

    On January 3, 2014, defendant appeared pursuant to a warrant before the undersigned Magistrate Judge after failing to appear for his trial. The jury returned a guilty verdict *in abstentia* and defendant was extradited to the United States. Failing to appear was a violation of the terms of his bond.

    On January 3, 2014, the defendant made his initial appearance before the undersigned Magistrate Judge. He was advised of his rights and was ordered detained pending sentencing.

    IT IS THEREFORE ORDERED:

    (1)    Defendant's bond is hereby revoked;

(2) Defendant shall be detained pending sentencing and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(5) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 3rd day of January, 2014.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER REVOKING BOND AND
DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2