The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR09-158RAJ |
| Plaintiff, | |
| v. | ORDER TO SEAL |
| HARDEEP SINGH, | |
| Defendant. | |

Having read the Government's Motion to Seal in the above-captioned case, requesting that the Government's Sentencing Motion to Reduce Sentence Pursuant to Rule 35(b) be allowed to be filed under seal, and the court finding good cause,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #217) is GRANTED and the Government's Motion to Reduce Sentence Pursuant to Rule 35(b), filed under Dkt. #218, shall be filed under seal.

DATED this 30th day of November, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

*United States v. Hardeep Singh, CR09-158RAJ*
Order to Seal - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970